**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                            **Criminal No.:  3:20cr46**

**NATHANIEL A. HAYNES,**

          **Defendant.**

**ORDER**

This matter is before the Court for consideration of a Report and Recommendation of the

Magistrate Judge, (ECF No. 25), regarding Magistrate Judge Elizabeth W. Hanes's acceptance of

Defendant Nathaniel A. Haynes's plea of guilty to Count One of the Criminal Information.  On

September 3, 2020, Magistrate Judge Hanes accepted Haynes's plea of guilty pursuant to a

Federal Rule of Criminal Procedure 11 proceeding conducted with the consent of Haynes and

counsel.

It appearing that Magistrate Judge Hanes made full inquiry and findings pursuant to Rule

11; that Haynes was given notice of the right to file specific objections to the Report and

Recommendation that has been submitted as a result of the proceeding; and it further appearing

that no objection has been asserted within the prescribed time period, it is hereby ORDERED

that the Report and Recommendation of the Magistrate Judge is ADOPTED, (ECF No. 25), and

Haynes is found guilty of Count ONE of the Criminal Information.

It is SO ORDERED.

                                                              /s/
                                                    M. Hannah Lauck
                                                    United States District Judge

Date: 9/21/20
Richmond, Virginia